United States District Court
Southern District of Texas
**ENTERED**
January 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH HAZEN, INDIVIDUALLY AND AS REPRESENTATIVE OF KEN HAZEN, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3068 |
| | § § | |
| ALLSTATE INSURANCE COMPANY, | § § | |
| Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE**. The lawsuit shall be reinstated if either the Plaintiff or Defendant represents to the Court, within sixty days of this Order, that the settlement could not be documented completely. The claims will be **DISMISSED WITH PREJUDICE** upon an appropriate motion or sixty days after the entry of this Order, unless either party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 26th day of January, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE